

FILED
2021 Mar-23 PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

CRM MOTORS, INC.,　　　　　　　　)
an Alabama Corporation;　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　) Case No.: 2:21-CV-00094-AMM
　　　　　　　　　　　　　　　　　)
MCCLARY FORD　　　　　　　　　　)
LINCOLN-MERCURY, INC.;　　　　　　)
an Illinois Corporation;　　　　　　　)
ARDMORE AUTO SALES LLC,　　　　　)
an Alabama Limited Liability Company; )
STOGNER MANAGEMENT I, INC.,　　　)
a Georgia Corporation;　　　　　　　)
HOLLY AUTOMOTIVE, LLC,　　　　　　)
an Alabama Limited Liability Company; )
AMERICA'S AUTO AUCTION　　　　　　)
BIRMINGHAM, INC., an Alabama　　　　)
Corporation;　　　　　　　　　　　　)
PEGGY IVEY, an individual;　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　)

## PLAINTIFF'S NOTICE OF DISMISSAL

Comes Now the Plaintiff, CRM Motors, Inc., pursuant to FRCP Rule

41(a) and moves this court to dismiss the above action against all

parties(McClary Ford Lincoln-Mercury, Inc., Ardmore Auto Sales LLC,

Stogner Management I, Inc., Holly Automotive, LLC, America's Auto

Auction Birmingham, Inc., and Peggy Ivey)  with prejudice.


Respectfully submitted,


*/s/ Michael E. Parrish*
Thomas C. Donald, ASB-6795-A47D
Michael E. Parrish, ASB-5747-S69M
1707 29th Court South
Parrish & Donald
The Alabama Car Lawyers, LLC
Birmingham, Alabama 35209
Phone (TCD): 205 985 2309
Email (TCD): cdonald@alabamacarlaw.com
           (MEP): mparrish@alabamacarlaw.com


## CERTIFICATE OF SERVICE

I certify that I have this the 23rd day of March, 2020 served a copy of the above and foregoing by either CMECF electronic filing or by U.S. mail first class to the following parties/counsel of record:

Mr. Cecil H. Macoy, Jr.
Wallace, Jordan, Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, AL  35253
cmacoy@wallacejordan.com

*Attorney for Defendants America's Auto Auction Birmingham, Inc., and Peggy Ivey*

Robert B. Steward, Esq.
Smith, Spires, Peddy, Hamilton & Coleman, PC
3500 Colonnade Parkway
Suite 350
Birmingham, AL  35243
rstewart@ssp-law.com

Attorneys for McClary Ford Lincoln-Mercury, Inc.

Stogner Management I, Inc.
c/o James Stogner
209 River Oaks Drive
Lagrange, GA  30240

Holly Automotive
c/o Christy H. Craton
7905 Smith Trail
Pell City, AL  35128

Ardmore Auto Sales, LLC
c/o Adam Mullins
30103 Ardmore Avenue
Ardmore, AL  35739

> *s/ Michael E. Parrish*
> Michael E. Parrish