FILED
2021 Mar-24  AM 07:17
U.S. DISTRICT COURT
N.D. OF ALABAMA


# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CRM MOTORS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No: 2:21-CV-94 AMM |
| | ) |
| **AMERICA'S AUTO AUCTION BIRMINGHAM, INC., PEGGY IVEY, McCLARY FORD LINCOLN-MERCURY, INC., ARDMORE AUTO SALES, LLC, STOGNER MANAGEMENT I, INC., and HOLLY AUTOMOTIVE, INC.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter comes before the court upon the Plaintiff's Notice of Dismissal. Doc. 5.  Upon consideration thereof, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED WITH PREJUDICE.**

**DONE** and **ORDERED** this 24th day of March, 2021.


_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE